# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# CIVIL MINUTE ORDER

**CASE NO.  C10-4839 CRB (JSC)**

**CASE NAME:  CG, et al v Menlo Park City School District**

**MAGISTRATE JUDGE JACQUELINE SCOTT CORLEY**

**COURTROOM DEPUTY**: Ada Means

**DATE**: June 30, 2011     **TIME: 5 hours**     **COURT REPORTER**: **Not Reported**

| **COUNSEL FOR PLAINTIFF:** | **COUNSEL FOR DEFENDANT:** |
|---|---|
| Susan Foley | Kathryn E. Meola |

## PROCEEDINGS

[X]  SETTLEMENT CONFERENCE

[ ]  FURTHER SETTLEMENT CONFERENCE

[ ]  DISCOVERY CONFERENCE

[ ]  STATUS CONFERENCE RE:

[ ]  TELEPHONIC CONFERENCE RE:

[ ]  OTHER:

CASE CONTINUED TO: _____ FOR _____

NOTES: Case did not settle.

cc:

*T=Telephonic Appearance