| | |
|---|---|
| 1 | JOHN C. BEIERS, COUNTY COUNSEL (SBN 144282) |
| | By: JOHN D. NIBBELIN, Deputy (SBN 184603) |
| 2 | By: KATHRYN E. MEOLA, Deputy (SBN 172034) |
| | Hall of Justice and Records |
| 3 | 400 County Center, 6th Floor |
| | Redwood City, CA  94063 |
| 4 | Telephone: (650) 363-4647 |
| | Facsimile:  (650) 363-4034 |
| 5 | E-mail:  jnibbelin@co.sanmateo.ca.us |
| | E-mail:  kmeola@co.sanmateo.ca.us |
| 6 | |
| | Attorneys for |
| 7 | MENLO PARK CITY SCHOOL DISTRICT |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MENLO PARK CITY SCHOOL DISTRICT,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>NICOLE AND GEBRAN CHAHROURI, PARENTS OF G.C., and G.C.,<br><br>　　　　Defendants. | Case No. CV-10 04636 CRB<br><br>**STIPULATION AND ORDER TO DISMISS BOTH CASES AND TAKE ALL DATES OFF CALENDAR** |
| GC, by and through her guardian ad litem, NICOLE CHAHROURI, NICOLE CHAHROURI and GEBRAN CHAHROURI, individually,<br><br>　　　　Plaintiffs,<br><br>　　vs.<br><br>MENLO PARK CITY SCHOOL DISTRICT,<br><br>　　　　Defendant. | Case No. CV-10 04839 CRB<br><br>　　　　　Hearing<br><br>Date:　　　September 23, 2011<br>Time:　　　10:00 a.m.<br>Courtroom:　8, 19th Floor<br>Judge:　　　Charles R. Breyer |

　　　WHEREAS, counsel for the parties have worked diligently and reached a settlement that is acceptable to all parties.  The settlement agreement has been signed by all parties.  For these reasons, the parties request this Court to dismiss both cases referenced above in the caption and to take off calendar all dates set in these case.

　　　//

　　　//

Case No. CV-10 04636 CRB
STIPULATION AND ORDER TO DISMISS BOTH CASES AND TAKE ALL DATES OFF CALENDAR

1  Dated: August 16, 2011

By: _____/s/_____
Susan Foley
Attorney for GC, by and through her guardian ad litem, NICOLE CHAHROURI, NICOLE CHAHROURI and GEBRAN CHAHROURI, individually "Student"

Dated: August 16, 2011                    JOHN C. BEIERS, COUNTY COUNSEL

By: _____/s/_____
KATHRYN E. MEOLA, Deputy

Attorneys for
Menlo Park City School District "District"

**I HEREBY ATTEST THAT I HAVE ON FILE ALL HOLOGRAPH SIGNATURES FOR ANY SIGNATURES INDICATED BY A "CONFORMED" SIGNATURE (/S/) WITHIN THIS EFILED DOCUMENT.**

**ORDER**

Pursuant to the above stipulation of the parties,

1. **Both cases referenced in the caption are hereby dismissed on motion of their respective parties.**

2. **All dates set in both cases are taken off calendar.**

Dated:

_____
The Honorable Charles R. Breyer
United States District Judge

Case No. CV-10 04839 CRB                    2
STIPULATION AND ORDER TO DISMISS BOTH CASES AND TAKE ALL DATES OFF CALENDAR